# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JUNIUS BURNO, | : | No. 131 EM 2015 |
| Petitioner | : | |
| v. | : | |
| THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of December, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

    Mr. Justice Eakin did not participate in the decision of this matter.